IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**United States of America,**
        Plaintiff,
-vs-

Case No. 3:16-CR-97-2

*Chief* Magistrate Judge Ovington

**Jessica Hickman,**

        Defendant.

### ORDER

On motion of the Defendant after being of the consequences under the Speedy Trial Act, the Court finds the Defendant understands the consequences of such a waiver of any possible objection under the Speedy Trial Act as to the charge under Counts 1 and 4, making her request for such waiver a knowing, intelligent, and voluntary act. The period of such waiver is therefore from the date of the pretrial conference, September 14, 2016 until the scheduled second pretrial conference, November 2, 2016. [*2 T.J.S.*]

Pursuant to 18 U.S.C., Section 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Date: _September 14, 2016_

_____
*Chief* United States Magistrate Judge

Defendant: _[signature]_

Defense Counsel: _[signature]_
OSC # 0071163