IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
17 JAN 23 PM 4:32
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

    Plaintiff,

-vs-

Jessica Hickman,

    Defendant.

Case No. 3:16-CR-097

Magistrate Judge Ovington

## ORDER

On motion of the Defendant, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, Jessica Hickman, hereby waives her right to a speedy trial until the rescheduled date of her jury trial, March 13, 2017. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 1/23/17

_____
United States Magistrate Judge

Defendant: _[signature]_

Defense Counsel: _[signature]_ 0071163